

411 East Wisconsin Avenue
Suite 2400
Milwaukee, Wisconsin  53202-4426
414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in
Chicago
Denver
Indianapolis
Madison
Milwaukee
Minneapolis
Naples
Phoenix
San Diego
St. Louis
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 414-277-5232
E-Mail: sara.scullen@quarles.com

August 5, 2024

**Via E-File**

Hon. J.P. Stadtmueller
United States Court House, Rom 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Teresko v. 3M Company*
               U.S. District Court, Eastern District of Wisconsin Case No. 22-CV-1532-JPS

Dear Judge Stadtmueller:

      This matter is scheduled for a Final Pre-Trial Conference before you on August 6, 2024 at 8:30 AM. I am one of the Attorneys representing 3M Company in the above-referenced matter. Although the rest of the attorneys representing 3M Company at trial will be present, I am currently entering my third week of a jury trial in Livingston County, New York, in the matters of *Harold E. Morris  v. Harley-Davidson Motor Company Group, LLC, Index No. 00354/2021 and Robert C. Sinclair, Jr., as Administrator of the Estate of Pamela Marie Sinclair, deceased v. Harley-Davidson Motor Company Group, LLC,* Index No. 000403/2022 before the Honorable Craig Doran. These matters will not resolve prior to the Final Pre-Trial Conference. Accordingly,  I respectfully request your permission to permit my colleague, Attorney Evan Thomsen, also appearing in this matter, to appear on both of our behalf.

      My apologies for this unavoidable conflict. Thank you for your consideration.

                                         Sincerely,

                                         QUARLES & BRADY LLP

                                         *s/ Sara P. Scullen*

                                         Sara P. Scullen