# COURT MINUTES OF FINAL PRETRIAL CONFERENCE

RYTIS TERESKO and EDITA TERESKO,

v.  CASE NO. 22-CV-1532-JPS

LIBERTY MUTUAL INSURANCE COMPANY
and BLUE CROSS BLUE SHIELD OF ILLINOIS,

v.

THE 3M COMPANY.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: August 6, 2024 | TIME SCHEDULED: 8:30 a.m. |
| COURT DEPUTY/CLERK: Annie Stanford | TIME CALLED: 8:29 a.m. |
| COURT REPORTER: Jennifer Stake | TIME FINISHED: 9:35 a.m. |

PLAINTIFFS BY: Timothy Trecek, Jesse Blocher, Elissa Bowlin

LIBERTY MUTUAL INSURANCE COMPANY BY: Tamera DeGroot

DEFENDANT BY: Gerardo Alcazar, Andrew Crowder, Zandra Foley, Steven Augustine, Jaime Wing, Evan Thomsen

Notes:

8:29: Appearances; Court puts background of case on record

8:30: Plaintiffs state there is a very strong likelihood of trial; parties will have no trouble completing trial in two weeks; Plaintiffs inquire as to day-to-day trial schedule

8:31: Court describes jury selection process; Court describes peremptory strike process; Court explains day-to-day trial schedule; Court discusses process of disclosing witnesses and exhibits for each day on the day prior

8:40: Court discusses exhibit list with 3M's objections, ECF No. 74; Court instructs parties to meet and confer on the same; Court discusses preparation for trial and case calendars; Court states that remaining issues on motions *in limine* will be addressed as they come up in trial; Court discusses remaining issues on jury instructions and verdict form

| Time | Event |
|---|---|
| 8:47: | Court inquires as to role of additional counsel for 3M; 3M responds; Court references original pretrial order, ECF No. 5; Court states that all counsel who will actually try the case need to sign the pretrial report; Court inquires as to whether Liberty Mutual will appear at the trial; Liberty Mutual responds; Court instructs counsel for Liberty Mutual to sign off on pretrial report as well if present for trial |
| 8:50: | Court inquires as to Blue Cross status; Plaintiffs respond |
| 8:51: | Court states that it will enter an Order later this week sealing the case; explains basis therefor |
| 8:55: | Court discusses process for direct and cross examination of witnesses |
| 8:57: | Court states that exhibits that are formally received must be moved into evidence at the appropriate time |
| 8:59: | Plaintiffs inquire as to handing witnesses exhibits; Court responds |
| 9:00: | Plaintiffs raise stipulation as to medical expenses; 3M has agreed to have Rule 30(b)(6) witness available early in trial; inquires as to seating for voir dire |
| 9:00: | Court states that if parties agree, there is no problem with calling witnesses out of order; Court responds as to seating for voir dire; Plaintiffs ask follow-up question; Court responds; Plaintiffs ask follow-up question; Court responds |
| 9:06: | Plaintiffs inquire as to bringing in additional screens; Court responds |
| 9:09: | Plaintiffs inquire as to where technology paralegal can sit; Court responds |
| 9:12: | Plaintiffs inquire as to room in courthouse where parties can work; Court responds |
| 9:13: | Plaintiffs inquire as to entering exhibits into evidence for demonstrative purposes only; Court explains Court's general rule |
| 9:19: | Plaintiffs inquire as to rule about whether items go back to the jury room; Court responds |
| 9:20: | Court explains jury instruction process |
| 9:23: | Plaintiffs inquire as to expert testimony; Court responds |
| 9:25: | 3M inquires as to process for calling Rule 30(b)(6) witness; Court responds; 3M makes clarifying statement as to same; 3M addresses exhibit objections filed at ECF No. 74; Court responds |
| 9:28: | Court states that it has two criminal jury trials starting September 3; once the jury gets this case, jurors are free to deliberate as long as they need to reach the verdict; if case is not to the jury by August 30, Court must declare a mistrial |
| 9:32: | Court instructs parties to contact Clerk with any further questions; if case reaches settlement on Thursday before trial begins, parties are obliged to split the cost of the jury panel |
| 9:33: | 3M will follow up with Clerk regarding conference room space; 3M inquires as to whether Court needs copies of witness notebooks; Court responds; 3M inquires as to bench discussions; Court responds |
| 9:35: | Court stands in recess |