

411 East Wisconsin Avenue
Suite 2350
Milwaukee, Wisconsin 53202-4426
414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Minneapolis
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.
St. Louis
Denver

Writer's Direct Dial: 414-277-5232
E-mail: sara.scullen@*quarles.com*

August 8, 2024

**VIA HAND DELIVERY & ECF Filing**

Honorable J.P. Stadtmueller
U.S. District Court
517 East Wisconsin Ave.
Milwaukee WI 53202

     Re:    *Rytis Teresko, et al., v. 3M Company*
            Case No. 2:22-cv-01532

Dear Judge Stadtmueller:

    Enclosed please find a flash drive containing Defendant, 3M Company's supplemental exhibits as listed an identified on its Supplemental Exhibit List filed on August 7, 2024 as Docket 83.

    Thank you for your time and attention to this matter.

                                  Very truly yours,

                                  **QUARLES & BRADY LLP**

                                  Sara P. Scullen

cc:    All Counsel of Record (w/o enc.) (via ECF filing)

SPS/jkw
Enclosure
900280.00013

QB\91193001.1