UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **Rytis Teresko** and **Edita Teresko**, <br>     Plaintiffs, <br> and <br> **Liberty Mutual Insurance** and <br> **Blue Cross Blue Shield of Illinois**, <br>     Involuntary Plaintiffs, <br> vs. <br> **3M Company**, <br>     Defendant. | Court File No. 2:22-cv-01532 |

## 3M Company's Motion for Entry of a Take-Nothing Judgment and Renewed Motion for Judgment as a Matter of Law under Rule 50(b)

    3M Company files this Motion for Entry of a Take-Nothing Judgment and Renewed Motion for Judgment as a Matter of Law under Rule 50(b), requesting the Court to enter a take-nothing judgment in 3M Company's favor and, in an abundance of caution, also requesting the Court to grant 3M's challenge to the legal-sufficiency of the evidence regarding Plaintiffs' claims. This motion is based on the concurrently-filed brief in support as well as the record and proceedings in this action.

Date: September 6, 2024                                    */s/ Gerardo Alcazar*

                                  **Norton Rose Fulbright US LLP**

Gerardo Alcazar (MN #0386522)
Andrew Crowder (MN #0399806)
Jaime Wing (MN #0398585)
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
T: (612) 321-2800
F: (612) 321-2288
gerardo.alcazar@nortonrosefulbright.com
andy.crowder@nortonrosefulbright.com
jaime.wing@nortonrosefulbright.com

**Thompson, Coe, Cousins & Irons, LLP**

Zandra Foley (TX #24032085)
Andrew Johnson (TX #24060025)
Steven Augustine (TX #24064845)
4400 Post Oak Parkway, Suite 1000
Houston, TX 77027
T: (713) 403-8210
F: (713) 403-8299
zfoley@thompsoncoe.com
ajohnson@thompsoncoe.com
saugustine@thompsoncoe.com

**Quarles & Brady LLP**

Sara Scullen (WI #1030763)
Evan Thomsen (WI #1114697)
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
T: (414) 277-5000
F: (414) 271-3552
sara.scullen@quarles.com
evan.thomsen@quarles.com

*Attorneys for Defendant 3M Company*