# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYTIS TERESKO and EDITA TERESKO,<br><br>     Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>     Involuntary Plaintiffs,<br><br>v.<br><br>THE 3M COMPANY and ABC INSURANCE COMPANY,<br><br>     Defendants. | Case No. 22-CV-1532-JPS<br><br><br><br>**JUDGMENT** |

**Jury Verdict**. This action came before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried and the jury having rendered a Special Verdict (ECF No. 122) on August 27, 2024; and the Court having considered the Parties' Stipulations (ECF Nos. 46-6, 50), Plaintiffs' Motion for a New Trial (ECF No. 123), Defendant's Renewed Motion for Judgment as a Matter of Law (ECF No. 124), and Defendant's Motion for Entry of a Take-Nothing Judgment (ECF No. 124):

   **IT IS ORDERED AND ADJUDGED** that the parties' stipulation of dismissal of Plaintiff Rytis Teresko's manufacturing and instructional defect strict liability claims (ECF No. 46-6 at 2 n.3, 21) be and the same is hereby **ADOPTED** (ECF No. 48); Plaintiff Rytis Teresko's manufacturing

and instructional defect strict liability claims (ECF No. 11 at 5–6) be and the same are hereby **DISMISSED without prejudice** (ECF No. 48);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Rytis Teresko and Edita Teresko's notice of voluntary dismissal of their claims as to Defendant ABC Insurance Company (ECF No. 50) be and the same is hereby **ADOPTED** (ECF No. 51); this action be and the same is hereby **DISMISSED without prejudice** as to only Defendant ABC Insurance Company (ECF No. 51);

**IT IS FURTHER ORDERED AND ADJUDGED** that the jury found the following in its special verdict (ECF No. 122):

- that the Lad-Saf X3 cable sleeve, when it left the possession of The 3M Company and reached Rytis Teresko, without substantial change in the condition it was sold, was in such defective condition as to be unreasonably dangerous to the user and that such defective condition was a cause of Rytis Teresko's injuries;

- that The 3M Company was negligent in its design or testing of the Lad-Saf X3 cable sleeve Rytis Teresko was using at the time of his injuries and that The 3M Company's negligence was a cause of Rytis Teresko's injuries;

- that Rytis Teresko was negligent in the use of the Lad-Saf X3 cable sleeve at the time of his injuries and that Rytis Teresko's negligence was a cause of his injuries;

- that assuming the total conduct that caused Rytis Teresko's injuries to be 100%, 20% of the cause was attributed to The 3M Company and 80% of the cause was attributed to Rytis Teresko;

- that for the injuries sustained by Rytis Teresko, the following sums were fair and reasonable compensation: $914,058.46 for past medical expenses; $200,000.00 for future medical and care expenses; $80,000.00 for past loss of earning capacity; $0.00 for future loss of earning capacity; $50,000.00 for past pain, suffering, disability, and disfigurement; and $50,000.00 for future pain, suffering, disability, and disfigurement;

- that Edita Teresko did sustain injury for loss of consortium as a result of Rytis Teresko's injuries and that $15,000.00 was fair and reasonable compensation for past loss of consortium, society, and companionship;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Rytis Teresko and Edita Teresko's Federal Rule of Civil Procedure 59 motion for a new trial (ECF No. 123) be and the same is hereby **DENIED** (ECF No. 143);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant The 3M Company's Rule 50(b) renewed motion for judgment as a matter of law (ECF No. 124) be and the same is hereby **DENIED** (ECF No. 143);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant The 3M Company's motion for entry of a take-nothing judgment in its favor in accordance with Wis. Stat. § 895.045, ECF No. 124, be and the same is hereby **GRANTED** (ECF No. 143);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs Rytis Teresko and Edita Teresko shall have and recover nothing in accordance with Wis. Stat. § 895.045 (ECF No. 143); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice** (ECF No. 143).

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

October 4, 2024
Date

*s/ Jodi L. Malek*
By: Deputy Clerk